450 A.2d 197

Commonwealth v. Jennings, Appellant.

Argued March 9, 1982. Julius E. Fioravanti, for appellant; Ron Eisenberg, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Order affirmed.